UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| STEVEN LAYNE, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> OCWEN LOAN SERVICING, LLC, ) <br> ) <br> *Defendant*. ) <br> _____ ) <br> ) <br> OCWEN LOAN SERVICING, LLC, ) <br> ) <br> *Third-Party Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> SHERI L. LAYNE, ) <br> ) <br> *Third-Party Defendant*. ) <br> _____ ) <br> ) <br> OCWEN LOAN SERVICING, LLC, ) <br> ) <br> *Counter-Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> STEVEN LAYNE, ) <br> ) <br> *Counter-Defendant*. ) | Case No. 4:21-cv-44 <br><br> Judge Curtis L. Collier <br> Magistrate Judge Susan K. Lee |

## **JUDGMENT ORDER**

Before the Court is a motion for summary judgment and judicial foreclosure by Defendant and Counter-Plaintiff, Ocwen Loan Servicing, LLC. (Doc. 42.)

On September 14, 2021, Plaintiff filed his "Complaint for Damages and to Set Aside Foreclosure" ("Complaint") against Defendant in the Chancery Court for Coffee County,

Tennessee. (Doc. 1–1 at 1.) Plaintiff asserted claims for wrongful foreclosure, violation of the Fair Debt Collection Practices Act, violation of the Tennessee Consumer Protection Act, breach of contract, fraud, fraudulent inducement, violation of the Fair Credit Reporting Act, and violation of the implied covenant of good faith and fair dealing. (Doc 1-1; Doc. 43.)

Defendant answered Plaintiff's complaint and filed a counterclaim for a judicial determination that Defendant be entitled to foreclose on Plaintiff's home. (Doc. 2 at 23–28).

Defendant moved for summary judgment on July 17, 2023. (Doc. 42.) Plaintiff moved for an extension of time to file his response on August 7, 2023. (Doc. 50.) This Court denied Plaintiff's motion on August 11, 2023. (Doc. 53.) Nevertheless, Plaintiff responded on August 18, 2023. (Doc. 54.) This Court ordered that Plaintiff's untimely response would not be considered in resolving Defendant's motion. (Doc. 55.)

For the reasons set out in the accompanying Memorandum, the Court **GRANTS** Defendant's motion for summary judgment on Plaintiff's claims (Doc. 42). Additionally, the Court **REMANDS** Defendant's counterclaim for a judicial foreclosure to the Chancery Court for Coffee County, Tennessee.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  /s/ LeAnna R. Wilson
  CLERK OF COURT